LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

January 27, 2022

<u>VIA ECF</u>
Hon. Alison J. Nathan
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022
```

Re: *Monge v. Mario's restaurant, Inc.*
Case No. 21-cv-8490

Dear Judge Nathan:

I represent the Plaintiff, Javier Monge, in the above-referenced matter. I write to request an adjournment of the 2/4/2022 initial pre-trial conference, as the defendant has failed to file an Answer or otherwise respond the Complaint.

**SO ORDERED**

Defendant's Answer was due 12/10/2021. Plaintiff filed the Affidavit of Service on 1/24/2022. Plaintiff would like to make a final attempt to reach Defendant before filing a default motion.

*Alison J. Nathan*
1/27/2022

Plaintiff respectfully requests an adjournment of the conference, and will leave the adjourn date, if any, to the Court's discretion. Thank you.

**The initial pre-trial conference scheduled for February 4, 2022 is adjourned sine die. Plaintiffs are ordered to file for default by February 28, 2022, if Defendant has not appeared. If the Defendant does appear, the parties are ordered to file a status update with the Court by February 28, 2022, and the Court will set an initial pre-trial conference.**

Respectfully submitted,

/s/ Jennifer E. Tucek
Jennifer E. Tucek

.

Case 1:21-cv-08490-AJN   Document 9   Filed 01/28/22   Page 2 of 2