UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAVIER MONGE,                            :    21cv8490(DLC)
                                         :
                    Plaintiff,           :    ORDER OF
            -v-                          :    DISCONTINUANCE
                                         :
MARIOS RESTAURANT INC.,                  :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **May 28, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for April 29, 2022 is adjourned sine die.

Dated:   New York, New York
         April 28, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge